IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLIAM FULP WRECKER SERVICE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:23-cv-00368 |
| MILLER TRANSFER AND RIGGING CO., | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, through Counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby gives notice of, and takes, a Voluntary Dismissal with Prejudice of the above captioned Civil Action.

Defendant, through Counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby consents to Plaintiff's Dismissal of the above captioned action with Prejudice.

Counsel for the respective Parties jointly stipulate to the Dismissal with Prejudice of this action, and further stipulate the Parties shall bear their respective litigation costs and attorneys fees.

This Dismissal with Prejudice is hereby submitted, this the __10th__ day of June 2024.

By: /s/ Robert B. Laws
Robert B. Laws
N.C. State Bar No.: 12766
The Laws Law Firm, P.C.
119 Brookstown Ave., Suite 201
Winston-Salem, NC 27101
Telephone: 336-714-9063
Facsimile: 336-893-9523
E-mail: robertblaws@gmail.com
*Counsel for Plaintiff William Fulp Wrecker Service, Inc.*

By:/S/ Andrew R. Brehm
Andrew R. Brehm
Wis. Bar No.: 1091306
Scopelitis Garvin Light Hanson & Feary, P.C.
330 East Kilbourn Avenue, Ste. 827
Milwaukee, WI 53202
Telephone: (414) 219-8500
E-mail: abrehm@scopelitis.com
*Counsel for Defendant Miller Transfer and Rigging Co.*

1